UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APPLICATION TO UNSEAL CIVIL
DISCOVERY MATERIALS,

19-MC-0179 (SN)

-----------------------------------------------------------------X

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2021

**SARAH NETBURN, United States Magistrate Judge:**

    Having been informed that the sealing of this matter and is filings is no longer necessary, the Court respectfully directs the Clerk of Court to UNSEAL this matter and its filings.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 19, 2021
                New York, New York